IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RUDOLF SUTER, | ) | |
| | ) | |
| Movant, | ) | No. 3:18-CV-1474-N-BH |
| vs. | ) | No. 3:17-CR-0046-N-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Referred to U.S. Magistrate Judge |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the request for a certificate of appealability (doc. 27) is **DENIED**.

**SIGNED** this 9th day of August, 2019.

_____
**UNITED STATES DISTRICT JUDGE**